FILED
JUL 07 2022
Clerk, U.S District Court
District Of Montana
Great Falls

TARA J. ELLIOTT
Assistant U.S. Attorney
U.S. Attorney's Office
101 E. Front Street, Suite 401
Missoula, MT 59802
P.O. Box 8329
Missoula, MT 59807
Phone: (406) 542 8851
FAX: (406) 542 1476
Email: tara.elliott@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 22- 36 -M- DWM |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE<br>Title 21 U.S.C. § 846<br>(Count 1)<br>(Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years of supervised release) |
| JASON PAUL KNOLL and STEPHEN JOE BOARDNER,<br><br>Defendants. | |
| | DISTRIBUTION OF METHAMPHETAMINE<br>Titles 21 U.S.C. § 841(a)(1) and<br>18 U.S.C. § 2<br>(Counts 2 through 6)<br>(Penalty for Counts 2 through 5: Mandatory minimum five to 40 years of imprisonment, $5,000,000 fine, and at least four years of supervised release)<br>(Penalty for Count 6: 20 years of imprisonment, $1,000,000 fine, and at least three years of supervised release) |

1

|  | **TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS** |
|---|---|

THE GRAND JURY CHARGES:

### COUNT 1

Beginning in approximately February of 2020, and continuing until approximately August of 2021, in Flathead County, in the State and District of Montana, and elsewhere, the defendants, JASON PAUL KNOLL and STEPHEN JOE BOARDNER, knowingly and unlawfully conspired with others both known and unknown to the Grand Jury, to distribute, in violation of 21 U.S.C. § 841(a)(1), 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

### COUNT 2

On or about March 1, 2021, in Flathead County, in the State and District of Montana, the defendant, JASON PAUL KNOLL, knowingly and unlawfully distributed five grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

### COUNT 3

On or about March 2, 2021, in Flathead County, in the State and District of Montana, the defendant, JASON PAUL KNOLL, knowingly and unlawfully

distributed five grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## COUNT 4

On or about April 2, 2021, in Flathead County, in the State and District of Montana, the defendant, JASON PAUL KNOLL, knowingly and unlawfully distributed five grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## COUNT 5

On or about April 6, 2021, in Flathead County, in the State and District of Montana, the defendant, JASON PAUL KNOLL, knowingly and unlawfully distributed five grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

///

///

///

///

///

///

///

///

## COUNT 6

On or about February 24, 2020, in Flathead County, in the State and District of Montana, the defendant, STEPHEN JOE BOARDNER, knowingly and unlawfully distributed a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

JESSE A. LASLOVICH
United States Attorney

TIMOTHY J. RACICOT
Criminal Chief Assistant U.S. Attorney